**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:11-CV-381-MOC-DCK**

| | |
|---|---|
| LATINO COMMUNICATIONS, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NORSAN CONSULTING AND )<br>MANAGEMENT, INC., )<br>)<br>Defendant. )<br>_____ ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion To Substitute Party" (Document No. 19) filed October 14, 2011. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, and noting consent of the parties, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion To Substitute Party" (Document No. 19) is **GRANTED**.

**IT IS FURTHER ORDERED** that:

1. Norsan Broadcasting of North Carolina, LLC shall be substituted as defendant and counter-claim plaintiff in this action and the caption shall be changed to read *Latino Communications, LLC v. Norsan Broadcasting of North Carolina, LLC v. Latino Communications, LLC*.

2. Any disposition of this case or any pending motion as to Norsan Consulting and Management, Inc. shall be a disposition as to Norsan Broadcasting of North Carolina, LLC.

3. Norsan Broadcasting of North Carolina, LLC can fully rely upon all pleadings already filed by Norsan Consulting and Management, Inc. and need not renew or re-file any such pleadings or motions.

**SO ORDERED**.

Signed: October 17, 2011

David C. Keesler
United States Magistrate Judge